Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the items marked "A" consist of reinforcement bars for prestressed concrete the same in all material respects as those the subject of *Preload Construction Corp. et al.* v. *United States* (38 Cust. Ct. 60, C.D. 1844), the claim under paragraph 304, as modified, *supra*, was sustained. The items marked "B," stipulated to consist of sets of nuts and washers the same as those involved in said C.D. 1844, were held dutiable at three-tenths of 1 cent per pound under paragraph 330, as modified, *supra*.

BEFORE THE THIRD DIVISION, AUGUST 18, 1960

**No. 64450.**—Alfred H. Morzolf et al. *v.* United States, protests 253607–K, etc. (Seattle).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiffs was sustained.

**No. 64451.**—John V. Carr & Son, Inc. *v.* United States, protests 313679–K, etc. (Detroit).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.

**No. 64452.**—Close & Stewart *v.* United States, protest 329890–K (Spokane).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.

**No. 64453.**—The A. W. Fenton Co., Inc. *v.* United States, protests 59/4237, etc. (Cleveland).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.